IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BRIAN W. SCHRADER,

      Plaintiff,

v.              Case No. 2:19-cv-2387-DDC-TJJ

EMPORIA STATE UNIVERSITY,

      Defendants.

### **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

  The Plaintiff, Brian Schrader, and the Defendant, Emporia State University, hereby dismiss this action, without prejudice, with each side to bear its own costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: November 25, 2022.

              Respectfully submitted,

              */s/ Theodore J. Lickteig*
              Theodore J. Lickteig #12977
              Law Office of Theodore J. Lickteig
              12760 West 87th Street, Suite 112
              Lenexa, Kansas 66215
              913-894-1090
              tjllawoffice@planetkc.com

              -and-

              */s/ Sean McGivern*
              Sean M. McGivern, #22932
              218 N. Mosley
              Wichita, KS 67202
              Telephone: (316) 266-4058
              Facsimile: (316) 462-5566
              sean@graybillhazlewood.com
              ***Attorneys for Plaintiff***

OFFICE OF THE ATTORNEY GENERAL
DEREK SCHMIDT

 /s/ Stanley R. Parker
Stanley R. Parker, KS #10971
Assistant Attorney General/Trial Counsel
Carrie A. Barney, KS #22872
Assistant Attorney General/Trial Counsel
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas, 66612-1597
Phone: (785) 368-8423
Fax: (785) 291-3767
Email: stanley.parker@ag.ks.gov
carrie.barney@ag.ks.gov
**Attorneys for Defendant**